PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anna Marie Dotzler      Docket Number: 06-583 ~~04-00122~~-001 (NJ)
     Docket Number Cr.: 2:04cr122(ED/VA)
     PACTS Number: 40227

Name of Sentencing Judicial Officer: The Honorable Henry Coke Morgan (ED/VA)

**On July 27, 2006, a Transfer of Jurisdiction was enacted with the Honorable Freda J. Wolfson receiving jurisdiction of this case.**

Date of Original Sentence: October 19, 2004
Date of Violation of Supervised Release: April 9, 2007

Original Offense: Falsely Altering a U.S. Postal Money Order; in violation of Title 18, U.S. Code 500.

Original Sentence: 7 months custody of the United States Bureau of Prisons - 3 year term of supervised release - 7 months home confinement - drug aftercare - mental health aftercare — restitution $1,730.35. Special Assessment $100.00

Type of Supervision: Supervised Release      Date Supervision Commenced: January 25, 2006

**Assistant U.S. Attorney:** Peter Katz, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** David Shaefer, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

The specifically, the offender submitted urine samples which tested positive for cocaine and heroin on July 15, 2008 and cocaine on August 22, 2008.

2.     The defendant is to be confined to her residence for a period of 7 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

Specifically, the offender has violated this special condition in that on or about May 27, 2008 and October 9, 2008, the offenders telephone service was disconnected for non-payment. Additionally, from August 2008 through November 2008, the offender has had repeated home confinement violations on numerous days for intervals of time of approximately 30 minutes each instance.

I declare under penalty of perjury that the foregoing is true and correct.

By: Doanld G. Hewins
Senior U.S. Probation Officer
Date: 11/5/08

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 11-17-08 @ 10:00 AM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/6/08
Date