PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Anna Dotzler

06-583-01(FLW)

**Docket Number:** ~~04-00122-001~~ (NJ)
**Docket Number:** 2:04cr122(ED/VA)
**PACTS Number:** 40227

Name of Sentencing Judicial Officer: The Honorable Henry Coke Morgan (ED/VA)

**On July 27, 2006, a Transfer of Jurisdiction was enacted with the Honorable Freda J. Wolfson receiving jurisdiction of this case.**

Date of Original Sentence: October 19, 2004

Date of Violation of Supervised Release: August 16, 2007

Original Offense: Falsely Altering a U.S. Postal Money Order; in violation of Title 18, U.S. Code 500.

Original Sentence:  7 months custody of the United States Bureau of Prisons -  3 year term of supervised release - 7 months home confinement - drug aftercare - mental health aftercare – restitution $1,730.35. Special Assessment $100.00

Type of Supervision: Supervised Release                Date Supervision Commenced: January 25, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On or about November 8, 2008, the offender was arrested by the New Jersey State Police and charged with Possession of Marijuana Under 50 Grams and Possession of a Controlled Dangerous Substance. |

U.S. Probation Officer Action:

The offender was questioned as to the circumstances of the offense. She admitted she was arrested by the State Police on the date in question, The offender stated that she is a" drug addict and just has not been able to get clean." Since a violation of supervised release is already scheduled for November 17, 2008, and the United States Probation office is in the process of obtaining arrest and investigation reports in reference to the aforementioned charges, the United States Probation Office recommends that no action be taken at this time.

Respectfully submitted,

By  Donald G. Hewins
Senior U.S. Probation Officer

Date:  11/17/08

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

_____
Signature of Judicial Officer

_____
11/17/08
Date