UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 06-583 (FLW)

v. : Hon. Freda L. Wolfson

ANNA DOTZLER : ORDER

This matter having come before the Court on November 17, 2008, in the presence of Christopher J. Christie, United States Attorney for the District of New Jersey (Peter Katz, Assistant United States Attorney, appearing), and David Schafer, Esq., Assistant Federal Public Defender, attorney for defendant ANNA DOTZLER; and the Court having heard the arguments of the respective parties, and for good cause shown, pursuant to Title 18, United States Code, Sections 3143(a) and 3583(e) the Court makes the following findings resulting in the detention of defendant ANNA DOTZLER without bail pending sentencing in the above-entitled matter;

1. On August 16, 2007, the defendant ANNA DOTZLER pled guilty to a violation of supervised release. The Court did not sentence the defendant at that time, but rather enforced already established conditions of release, namely that the defendant enter an in-patient drug treatment program to be followed by 7 months of home confinement. In addition, the defendant was to pay restitution at the rate of $100 per month.

2.  A new violation has been filed claiming that the defendant has tested positive for the use of heroin and cocaine on two separate occasions.

3.  The defendant admitted that as recently as November 15, 2008, she used illegal controlled substances.

3.  Sentencing on the pending violation of supervised release will occur on December 17, 2008.

IT IS, therefore, on this _____ day of November, 2008;

ORDERED, that defendant ANNA DOTZLER be committed to the custody of the Attorney General or his authorized representative pending her sentencing, currently scheduled for December 17, 2008.

HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE